SHELLIE LOTT, SBN: 068748
Cerney Kreuze & Lott, LLP
42 N. Sutter Street, Suite 400
Stockton, California 95202
Telephone: (209) 948-9384
Facsimile: (209) 948-0706

Attorney for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO BRANCH

| | |
|---|---|
| BARNEY RAY LEWIS,<br><br>            Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL,<br>Acting Commissioner of Social Security,<br><br>            Defendant | Case No.: 2:16-CV-01705-AC<br><br>**[proposed] ORDER EXTENDING PLAINTIFF'S TIME TO FIEL A REPLY TO DEFENDANT'S CROSS-MOTION FOR SUMMARY JUDGMENT** |

   Pursuant to the stipulation of the parties for a requested first extension of Plaintiff's time to file a Reply to Defendant's Cross-Motion for Summary Judgment, the request is hereby APPROVED.

   Plaintiff shall file her Reply to Defendant's Cross-Motion for Summary Judgment on or before April 19, 2017.

   SO ORDERED.


DATED: March 28, 2017

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE