UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARNEY RAY LEWIS,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | No. 2:16-CV-01705 AC<br><br><br>ORDER |

On August 3, 2016, this Court ordered that within ninety (90) days, "all parties shall complete and return the enclosed Consent to Assignment or Request for Reassignment." ECF No. 5. That ninety day period has long since expired, and defendant has not responded in any way to the court's order.

Accordingly, IS HEREBY ORDERED that within seven (7) days of this order, counsel for defendant shall file a completed Consent to Assignment or Request for Reassignment. Failure to timely comply with this order may result in sanctions.

DATED: July 11, 2017

　　　　　　　　　　　　　　　　　　　_/s/ Allison Claire_____
　　　　　　　　　　　　　　　　　　　ALLISON CLAIRE
　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE